[No. 21836-8-III.   Division Three.   June 13, 2006.]

GOLDENDALE HOLDING COMPANY, ET AL., *Appellants,* v. BRETT E. WILCOX, *Respondent.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 02-2-00205-1, E. Thompson Reynolds, J., entered February 3, 2003. *Reversed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 24155-6-III.   Division Three.   June 13, 2006.]

*In the Matter of the Marriage of* GREGORY F. BENOIT, *Appellant,* and JOLEE BENOIT, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-3-02543-5, Maryann C. Moreno, J., entered April 22, 2005. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kulik, J.

[No. 32399-1-II.   Division Two.   June 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL JAMES HIBBERD, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00116-9, James E. Warme, J., entered October 11, 2004. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 32649-3-II.   Division Two.   June 14, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM MONROE HARGRAVE, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00246-6, Toni A. Sheldon, J., entered December 16, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.